IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| REGIONAL FINANCE CORPORATION OF TEXAS D/B/A/ REGIONAL FINANCE,<br><br>Plaintiff,<br><br>v.<br><br>MARTINA A. MEDINA,<br><br>Defendant. | §§§§§§§§§§§§§<br><br>Civil Action No: 7:23-cv-00391 |

### PLAINTIFF REGIONAL FINANCE CORPORATION OF TEXAS'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff Regional Finance Corporation of Texas asks the Court Clerk to enter a default against Defendant Martina A. Medina as authorized by Federal Rules of Civil Procedure 55.

### I.   INTRODUCTION

1.   On October 22, 2022, Medina filed a demand with the American Arbitration Association pursuant to the contract between the parties. Medina alleged three causes of action against Regional Finance in connection with Regional Finance's attempts to collect the alleged debt. Regional Finance filed counterclaims against Medina for breach of contract for her alleged default on the loan subject to a contract between the parties.

2.   An arbitration hearing was held via Zoom on August 2, 2023, before Arbitrator Catherine M. Stone. The arbitrator entered a final arbitration award ("Final Award") in favor of Regional Finance on September 5, 2023, finding Medina failed to meet her burden to prove all three of her claims. *See* **Exhibit A**, Final Award. In addition, the arbitrator found Medina breached the contract and was liable to Regional Finance for the payoff amount for the loan. *Id.* The arbitrator ordered Medina recover nothing and Regional Finance to recover $3,046.90 from

Medina plus post-judgment interest at the maximum legal rate permitted by Chapter 304 of the Texas Finance Code, from the date of the award until paid. *Id.*

3. On November 7, 2023, Regional Finance filed its Petition to Confirm Domestic Arbitration Award (the "Petition") seeking a court order confirming the Final Award and entry of judgment pursuant to 9 U.S.C. § 9 and §13. *See* Petition [Doc. 1].

4. On November 11, 2023, Medina was served with a copy of the Summons and Petition via personal service. *See* Issued Summons to Martina Medina [Doc. 4]; Return of Service [Doc. 5]. Medina's response to the Petition was due December 2, 2023. Fed. R. Civ. P. § 12(c). To date, Medina has not filed a responsible pleading or otherwise defend this lawsuit.

5. Regional Finance has paid the administrative fees and compensation of the arbitrator. This motion only seeks a judgment against Medina in the amount of $3,046.90.

## II.   ARGUMENT & AUTHORITY

6. Federal Rule of Civil Procedure § 55(a) provides, in pertinent part, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

7. Medina has failed to appear, plead, or otherwise defend herself in the present action, despite her December 2, 2023 deadline to respond to the Petition, which was properly served to her on November 11, 2023.

8. Regional Finance has also met the procedural requirements for obtaining an entry of default form the clerk. Pursuant to Federal Rule of Civil Procedure 55(a), attached hereto is the Affidavit of Melissa Vest demonstrating Medina has defaulted. *See* **Exhibit B**, Affidavit of Melissa Vest.

9. Medina is not a minor or incompetent. This is demonstrated through her ability to make a demand for arbitration and defend herself in the arbitration proceeding which resulted in the Final Award. Medina is also not in the military service. *See* **Exhibit C**, Servicemember Affidavit.

### III. CONCLUSION

10. For these reasons, Regional Finance is entitled to entry of default pursuant to Federal Rule of Civil Procedure 55. Regional Finance, thus, requests an entry of default from the Clerk of Court against Defendant Martina A. Medina.

Respectfully submitted,

By: */s/ Melissa Vest*
**Melissa Vest**
Fed. ID No.: 3208933
Texas Bar No. 24096002
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 - Telephone
(713) 650-9701 - Facsimile
mvest@bakerdonelson.com

*Attorney for Plaintiff Regional Finance Corporation of Texas*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2024, a true and correct copy of the foregoing, together with the November 17, 2023 Order for Conference and Disclosure of Interested Parties and the January 9, 2024 Notice of Rescheduling of Initial Pretrial Conference, were served on all parties in the above matter, pursuant to the Federal Rules of Civil Procedure.

Martina A. Medina
237 W. 3rd Street
La Joya, Texas 78560
VIA CMRRR No. 7021 1970 0001 0988 0519
And First Class Mail

                                            */s/ Melissa Vest*