United States District Court
Southern District of Texas

**ENTERED**

February 27, 2024

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| REGIONAL FINANCE CORPORATION OF TEXAS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:23-CV-00391 |
| MARTINA A. MEDINA, | § § § | |
| Defendant. | § | |

## FINAL DEFAULT JUDGMENT

Now before the Court is Plaintiff Regional Finance Corporation of Texas's ("Regions Finance") Motion for Default Judgment against Defendant Martina A. Medina ("Medina"). (Dkt. No. 11). The Court ordered the Clerk to enter default against Medina on January 16, 2024. (Dkt. No. 9). On January 16, 2024, Default was entered by the Clerk. (Dkt. No. 10). After considering Plaintiff's Motion, proof of service, attached evidence, and Defendant's letter (Dkt. No. 12)[1], the Court hereby **GRANTS** the motion for default judgment against Defendant Martina A. Medina.

It is **ORDERED** that final judgment is **RENDERED** in favor of Regions Finance and against Medina.

It is further **ORDERED** the final arbitration award entered in favor of Regional Finance on September 5, 2023, and attached hereto as Exhibit A, is incorporated into this final judgment as if fully set forth herein.

---

[1] Defendant states she understands she "lost a lawsuit" and asks the Court to consider her financial situation in determining amount owed. The Court's review of an arbitration award is "extraordinarily narrow." *Antwine v. Prudential Bache Sec., Inc.*, 899 F.2d 410, 413 (5th Cir. 1990). Thus, the Court does not have the power to adjust the award based on Defendant's financial circumstances.

It is further **ORDERED** Regions is **AWARDED** the amount of the $3,046.90 plus post-judgment interest at 8.5%, as outlined in the final arbitration award.

This is a final and appealable judgment that disposes of all issues between the parties.

SO ORDERED February 27, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge